PETER NUGENT, Respondent, *v.* JULES BREUCHARD et al., Appellants.

*Nugent* v. *Breuchard*, 91 Hun, 12, affirmed.
(Submitted October 10, 1898 ; decided October 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the third judicial department, entered December 9, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Charles F. Cantine* for appellants.

*Howard Chipp* for respondent.

Judgment and order affirmed, with costs ; no opinion.
All concur.

---

THE REYNOLDS CARD MANUFACTURING COMPANY, Respondent, *v.* NEW YORK BANK NOTE COMPANY, Appellant.

*Reynolds Card Co.* v. *N. Y. Bank Note Co.*, 91 Hun, 463, affirmed.
(Argued October 10, 1898; decided October 25, 1898.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the first judicial department, entered respectively December 31 and 24, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Edward P. Lyon* for appellant.

*Lorenz Zeller* for respondent.

Judgment and order affirmed, with costs ; no opinion.
All concur, except PARKER, Ch. J., not sitting.